UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
THE STATE OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LEWIS WEIMER<br>    PLAINTIFF<br>    PROSE<br><br>VS<br><br>B. I. VANORSDALE, OFFICER<br>    AND<br>JOSEPH MANCHINI, GOVERNOR<br>BUILDING EAST<br>1900 KANAWHA<br>CHARLESTON, WV 25305<br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-1397<br><br><br><br><br><br>COMPLAINT |

## COMPLAINT

NOW COMES, DANIEL LEWIS WEIMER, Pro Se, the Plaintiff and enters the following complaint:

1. On September 12, 2006, Officer B. L. Vandorsdale, of Unit #43 of the Motor Carrier Enforcement stopped the PLAINTIFF on River Road in the state of West Virginia. Officer Vandorsdale placed the PLAINTIFF under arrest, hand cuffed PLAINTIFF and took the PLAINTIFF to the District Magistrate in Berkley Springs, Giles Miller, NOT explaining why I was under arrest;

2. Officer Vandorsdale wrote a total of four (4) tickets which none of the tickets pertain to the PLAINTIFF as a farmer who is exempt under the Ruled of Motor Carrier Enforcement (attached Exhibits);

3. First Ticket – disqualified driver is for a non-farming incident, not for a farmer hauling hay and straw to market which is under 150 air miles from farm to market (Exhibit 1 372.15 49 USC 13506;

    PLANTIFF'S farm is located in the Township of Ligonier, County of Westmoreland, State of Pennsylvania and is within 150 air miles to the delivery location; less than 60 air miles from farm; market is 99 air miles from farm;

    Hay and straw are and exempt commodity; Officer Vandorsdale wrote farm exempt of ticket number 1252871;

4. No CDL License: Hay and straw are an exempt commodity from rules set forth (Exhibit 2 – 383.3 Section D)

5. No medical certificate – Farm vehicle drivers do not need a medical card (Exhibit 3 Article 391.67)

6. No Department of Transportation Markings – hauling hay and straw is an exempt commodity and does not have to have DOT markings. This truck is not for hire nor does it meet the specifications of Commercial Motor Vehicle because it is farm exempt;

7. All these accusations by Trooper Vandorsdale represent false statements which Officer Vandorsdale put in black and white; PLAINTIFF argues this is purely harassment against PLAINTIFF personally;

NOW THEREFORE the PLAINTIFF respectfully requests that this honorable Court take an immediate course of action against Officer Vandorsdale and therefore stop all actions taken against PLAINTIFF WEIMER and award money damages to the PLAINTIFF in the amount of _____.

*Daniel Lewis Weimer*
DANIEL LEWIS WEIMER
235 Owl Hollow Road
Ligonier PA 15658
724-493-8655