/541

# STATEMENT OF FACTS  O6-1397

I DANIEL LEWIS WEIMER, have been engaged in the occupation of farming since I was knee high to a grasshopper, figuratively speaking. I am currently 63 years old, born and was born and raised in the town of Ligonier, County of Westmoreland, State of Pennsylvania. I have been making hay ever since I could pick up a bale of hay about the age of ten. My farm is located is the same area. This is a life long occupation.

Farmers DO NOT own Commercial Motor Vehicles they in fact own IMPLEMENTS OF HUSBANDRY. A truck in this situation, being farm exempted is used exclusively for farming purposes does not meet the requirements for Commercial Motor Vehicles.

A truck, if we look back in time, probably the early 1900's, was infact built for the farmer.

The act of farming is that a farmer grows commodities to sell to others for whatever needs that one might have. It has been that way since the beginning of time.

The bureau of Weights and measures is controlled by the US Department of Agriculture:

    A.    Farmer's commodities such as a hay and straw in this situation is under control of that farmer until it is sold, in this case, place of delivery.

The gross vehicle weight, including the truck and trailer, is UNDER 26,000 pounds.

October 19, 2006

Daniel Lewis Weimer