IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL LEWIS WEIMER ) | 2:06-CV-1397 |
|     PLAINTIFF, PRO SE ) | ELECTRONICALLY FILED |
| ) | |
| VS ) | |
| ) | |
| OFFICER B. I. VANORSDALE ) | |
| GOVERNOR JOSEPH, MANCHINI ) | |
|     DEFENDANTS ) | |

## AMENDED COMPLAINT
## RULE TO SHOW CAUSE

NOW COMES, DANIEL LEWIS WEIMER, PLAINTIFF, Pro Se, responding to letter of Arthur J. Schwab, United States District Judge:

OFFICER VANORSDALE is employed as a Federal Officer of the Motor Vehicle Carrier Enforcement making Case 06CV1397 a Federal question;

OFFICER VANORSDALE placed the PLAINTIFF, DANIEL LEWIS WEIMER under arrest on September 12, 2006;

The above noted arrest of September 12, 2006 violated the PLAINTIFF'S civil rights in continuing to earn a living from his farming activities;

The PLAINTIFF feels he was harassed by OFFICER VANORSDALE on September 12, 2006 and that the PLAINTIFF should not have to be dragged through a Court System chosen by OFFICER VANORSDALE when in fact, the Rules and Regulations are from the Federal government;

DANIEL LEWIS WEIMER is strongly in favor of continuing the above mentioned Case against the DEFENDANTS;

This Court must take a look at the evidence previously presented by DANIEL LEWIS WEIMER and taken directly from the "Code of Federal Resolutions Title" Section 40, pages 325-353 and Section 49, pages 350 – 390. OFFICER VANORSDALE willfully and blindly ignored the Rules of Motor Carrier Enforcement and interrupted the above stated rules for his

own means, which PLAINTIFF feels in an abuse of power on the part of OFFICER VANORSDALE;

Governor JOSEPH MANCHINI should be held accountable and responsible for the actions of OFFICER VANORSDALE as an employee of the state of West Virginia through the Federal Government.

NOW THEREFORE, the PLAINTIFF DANIEL LEWIS WEIMER asks this Honorable Court to continue with the filing of this case and put a stop to the harassment the PLAINTIFF has to endure while trying to make a living in farming which requires entry and traveling in the state of West Virginia to deliver my agricultural products to customers in West Virginia .

NOV -9- 2006
Date

*Daniel Lewis Weimer, Pro Se*
DANIEL LEWIS WEIMER, PRO SE
235 Owl Hollow Road
Ligonier PA 15658