IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL LEWIS WEIMER,

      Plaintiff,                                   06cv1397

                                                  **ELECTRONICALLY FILED**

      v.

OFFICER B. I. VANORSDALE
GOVERNOR JOSEPH MANCHINI,

      Defendants.

## ORDER OF COURT

    Pursuant to this Court's Order dated March 22, 2007, the above-captioned case is hereby **DISMISSED** for failure to prosecute. Case shall be marked closed.

                                       **SO ORDERED** this 30th day of March, 2007.

                                       s/Arthur J. Schwab
                                       Arthur J. Schwab
                                       United States District Judge

cc:      All counsel of record